IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KAREN STROBLES,
    Plaintiff,

vs.                                             CASE NO.: 1:04cv100-SPM/AK

TOWN OF MICANOPY,
    Defendant.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated July 2, 2007 (doc. 30). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated by reference in this order.

2.     Defendant's motion for summary judgment (doc. 19) is granted.

3.     The clerk shall enter judgment in favor of Defendant.

DONE AND ORDERED this 14th day of August, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge